UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LYLE EDWARD DICKSON,<br><br>   Plaintiffs,<br><br>   v.<br><br>THE STATE OF NEVADA, a constitutional governmental entity; NEVADA HOUSING DIVISION, a division of the State of Nevada,<br><br>   Defendants. | Case No. 2:21-cv-00999-JAD-EJY<br><br>**ORDER** |

On August 31, 2023, the Court entered an Order extending discovery in this matter. ECF No. 33. The Court further ordered the parties to submit a stipulation reflecting the extension once agreement was reached. No stipulation was submitted to the Court. It is now February 2, 2024, reflecting more than sufficient time for the parties to have conducted discovery (even in the absence of a stipulation) given that this case commenced on May 25, 2021, discovery opened on August 3, 2022, and an extension was granted on March 30, 2023.

Accordingly, IT IS HEREBY ORDERED that in accordance with the broad discretion granted to the Court to control and manage discovery, the discovery period is closed.

IT IS FURTHER ORDERED that the parties **must** submit dispositive motions, if any, no later than **March 8, 2024**. If no dispositive motions are filed, the proposed joint pretrial order is due no later than **April 8, 2024**.

IT IS FURTHER ORDERED that failure to timely comply with this Order will be deemed abandonment of this case by the parties warranting a recommendation to dismiss this matter with prejudice for want of prosecution.

Dated this 2nd day of February, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1