UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LYLE E. DICKSON,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA, a constitutional government entity; NEVADA HOUSING DIVISION, a division of the State of Nevada,<br><br>  Defendants. | Case No. 2:21-cv-00999-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Sanction Pursuant to Rule 11 (ECF No. 61), which is denied. Service by first class mail is an appropriate method of service when electronic service is not available. Fed. R. Civ. P. 5(b). Further, Plaintiff fails to establish any basis for Rule 11 sanctions. Fed. R. Civ. P. 11. However, to the extent Plaintiff was delayed in receiving Defendants' Motion for Summary Judgment (ECF No. 57) the Court, *sua sponte*, grants Plaintiff through and including November 15, 2024 to file his response.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Sanction Pursuant to Rule 11 (ECF No. 61) is DENIED.

IT IS FURTHER ORDERED that to the extent Plaintiff was delayed in receiving Defendants' Motion for Summary Judgment (ECF No. 57), Plaintiff's response is due no later than **November 15, 2024**.

Dated this 21st day of October, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1