UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lyle Edward Dickson,<br><br>　　　Plaintiff<br>v.<br><br>State of Nevada, et al.,<br><br>　　　Defendants | Case No. 2:21-cv-00999-JAD-EJY<br><br>**Order Granting Plaintiff's Motion for Additional Time to Respond to Motion for Summary Judgment**<br><br>ECF No. 64 |

　　　Plaintiff Lyle Edward Dickson moves for an additional 30 days to prepare and file his response to the defendants' motion for summary judgment, explaining that a prolonged illness has prevented him from doing so. The defendants do not oppose his request.[1] So with good cause appearing, IT IS ORDERED Dickson's motion to enlarge time **[ECF No. 64] is GRANTED. The deadline to respond to the motion for summary judgment [ECF No. 57] is extended to December 16, 2024.**

　　　Dated: November 19, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

---

[1] ECF No. 66.